IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02416-RPM

CYNTHIA M. MARTINEZ,

     Plaintiff,

v.

JOHN E. POTTER, in his Official Capacity as Postmaster General of the U.S. Postal
Service,

     Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **March 26, 2008, at 10:00**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 1/08).  The proposed order

(original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March**

**20, 2008.**

     The conference is conducted with counsel only and no parties or representatives

of parties will be permitted to attend.

     Dated:  January 30, 2008

                       BY THE COURT:
                       s/Richard P. Matsch
                       _____
                       Richard P. Matsch, Senior District Judge