# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02416-RPM-BNB

CYNTHIA M. MARTINEZ,

    Plaintiff,

    v.

JOHN E. POTTER, in his Official Capacity as
Postmaster General of the U.S. Postal Service,

    Defendant.

## ORDER

Upon review of Defendants' Motion to Withdraw the Motion for Summary Judgment and Supporting Brief filed on December 17, 2008, the Court finds it should be granted.

IT IS ORDERED that the motion is granted.

DATED: December 18th, 2008

                        BY THE COURT:
                        s/Richard P. Matsch

                        Richard P. Matsch, Senior Judge