IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02416 RPM-BNB

CYNTHIA M. MARTINEZ,

       Plaintiff,

v.

JOHN E. POTTER, in his Official
Capacity as Postmaster General
of the U.S. POSTAL SERVICE,

       Defendant.

---

**ORDER GRANTING STIPULATED MOTION
TO REMAND TO U.S. MERIT SYSTEMS
PROTECTION BOARD FOR ENFORCEMENT OF
SETTLEMENT AGREEMENT, AND TO DISMISS CIVIL ACTION**

---

This matter comes before the Court on the parties' Stipulated Motion to Remand to U.S. Merit Systems Protection Board for Enforcement of Settlement Agreement, and to Dismiss Civil Action, and, good cause appearing, the motion is granted and it is therefore ordered that this action is remanded to the U.S. Merit Systems Protection Board ("MSPB"), Re: MSPB Docket No. DE-0752-070189-I-1, for enforcement, if necessary, of the Settlement Agreement entered into by the parties, a copy of which is attached hereto as Exhibit A. Further, pursuant to the parties' stipulated motion, this action is, following remand, dismissed under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with prejudice.

DATED this 1st day of July, 2009.

BY THE COURT:

_____
United States District Judge

1